# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         No. 4:07CR00128-01 JLH

CHRISTOPHER THOMAS                                                                       DEFENDANT

## ORDER

The government has filed a Motion to Dismiss Indictment. The motion is granted. Docket #14. The indictment is dismissed without prejudice as to defendant Christopher Thomas.

IT IS SO ORDERED this 17th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE